IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN WAYS,

            Petitioner,

vs.

UNITED STATES FEDERAL BUREAU OF PRISONS, JOHN MATHIS, employees of the State of New Jersey by virtue of their primary place of employment being there and who handled the day-to-day punishment schemes upon this wrongfully incarcerated National of the United States, in accordance with desires and instructions; RAJA GILYARD, employees of the State of New Jersey by virtue of their primary place of employment being there and who handled the day-to-day punishment schemes upon this wrongfully incarcerated National of the United States, in accordance with desires and instructions; COLLETTE S. PETERS, director of the Federal Bureau of Prisons (BOP) for relevant portions of 2024; WILLIAM K. MARSHALL III, Current Director of Federal Bureau of Prisons, Who were citizens of Washington D.C., by virtue of that being their primary place of employment during the times in question in her/his official capacity as Director of the Bureau of Prisons; DISMAS CHARITIES, Omaha, Nebraska, and its national and local Executive Staff; MEGAN DAVIS, United States Probation Officer, and

4:25CV3213

MEMORANDUM AND ORDER

| her supervisor "Denis" as directed by Joseph F. Bataillon, USDCJ; MICHAEL EARL, and staff of the RRM Kansas City Office; and AND ALL OTHER INDIVIDUALS WITH DIRECT KNOWLEDGE IDENTIFIED & UNIDENTIFIED HEREIN, |
| :--- |
| Respondents. |

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, on October 16, 2025. However, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **November 17, 2025**: Check for MIFP or payment.

Dated this 17th day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge